In the Matter of the Application of the Public Service Commission, etc., for the Appointment of Three Commissioners. Steinway Tunnel and Queensboro Plaza Route.— Motion granted.— Messrs. James W. Prendergast, William D. Steele and Robert F. Randall appointed commissioners. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Bella Kelly, Appellant, v. Nassau Electric Railroad Company, Respondent.   James Kelly, Appellant, v. Nassau Electric Railroad Company, Respondent.— Motions denied. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Emil M. Koster, Respondent, v. The City of New York, Appellant.— Motion denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Ignacio Martinnetti, Respondent, v. Al H. Woods and Others, Appellants.— Motion denied, with ten dollars costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Sarah C. Posner, Respondent, v. Max Rosenberg and Others, Appellants.— Motion denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

The People of the State of New York, Respondent, v. David Karpel, Appellant.— Motion for reargument granted, and hearing set down for Monday, December 9, 1912. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

The People of the State of New York, Respondent, v. David Warblinsky, Appellant.— The practice on this appeal is determined by the case of *People* v. *Vitusky*, decided in the First Department on July 9, 1912. (See 152 App. Div. 884; 153 id. 879.) The motion to dismiss the appeal is denied on condition that the appellant perfect his appeal, place the case upon the next calendar and be ready for argument when the case is moved or reached. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Charles Smith, Respondent, v. Excelsior Brewing Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Florence E. Townsend, Respondent, v. George S. Townsend, Appellant.— Motion denied, without costs, on condition that within twenty days appellant comply with the judgment appealed from, by paying the alimony therein provided for to date, perfect the appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

George C. Van Tuyl, as Superintendent of Banks, etc., Respondent, v. August C. Scharmann and Others, Appellants, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Elsie M. W. Winne, Respondent, v. William H. A. Murphy, Respondent. Robert English, Appellant.— Motions to dismiss appeal granted, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.